```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSVALDO MUNOZ, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,

                Plaintiff,

-against-

THE GROUP US MANAGEMENT LLC
    d/b/a THE GROUP NYC,
LA GRANDE BOUCHERIE LLC
    d/b/a LA GRANDE BOUCHERIE
    d/b/a KAISEKI ROOM,
OLIO RESTAURANTS LLC
    d/b/a OLIO E PIU,
and EMIL STEFKOV,

                Defendants.

1:22-cv-04038 (MKV)

**ORDER DENYING PLAINTIFFS'
MOTION FOR RECONSIDERATION
WITHOUT PREJUDICE**

MARY KAY VYSKOCIL, United States District Judge:

    On August 29, 2023, Plaintiffs filed a letter motion seeking reconsideration of the Court's August 22, 2023 Memorandum Opinion and Order granting in part and denying in part Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. [ECF Nos. 33, 34].

    Local Civil Rule 6.3 requires a motion for reconsideration of a Court order determining a motion to be served within fourteen days following the entry of the Court's determination of the original motion. Loc. Civ. R. 6.3. The Rule provides that "[t]here shall be served with the notice of motion a memorandum setting forth concisely the matters or controlling decisions which counsel believes the Court has overlooked." *Id.* Here, Plaintiffs did not file a notice of motion or a memorandum of law.

Accordingly, Plaintiffs' letter motion is DENIED without prejudice to refile, by October 18, 2023, a proper motion for reconsideration in accordance with Local Civil Rule 6.3. The Clerk of Court respectfully is requested to terminate the motion pending at docket entry number 34.

**SO ORDERED.**

Date: **October 11, 2023**
      **New York, NY**

*[Signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**