```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSVALDO MUNOZ, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,

Plaintiff,

-against-

THE GROUP US MANAGEMENT LLC
    d/b/a THE GROUP NYC,
LA GRANDE BOUCHERIE LLC
    d/b/a LA GRANDE BOUCHERIE
    d/b/a KAISEKI ROOM,
OLIO RESTAURANTS LLC
    d/b/a OLIO E PIU,
and EMIL STEFKOV,

Defendants.

1:22-cv-04038 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the Status Conference initially scheduled for April 16, 2024 at 2:00 PM and since adjourned to May 14, 2024 at 11:00 AM is FURTHER ADJOURNED to May 14, 2024 at 2:30 PM.

**SO ORDERED.**

**Date: April 5, 2024**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**