```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSVALDO MUNOZ, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,

Plaintiff,

-against-

THE GROUP US MANAGEMENT LLC
    d/b/a THE GROUP NYC,
LA GRANDE BOUCHERIE LLC
    d/b/a LA GRANDE BOUCHERIE
    d/b/a KAISEKI ROOM,
OLIO RESTAURANTS LLC
    d/b/a OLIO E PIU,
and EMIL STEFKOV,

Defendants.

1:22-cv-04038 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that in advance of the status conference scheduled for May 14, 2024 at 11:00 AM the parties shall submit, by May 10, 2024 at 2:00 PM, a joint letter outlining the status of discovery, including any updates pertinent to the Court's resolution of the discovery dispute pending at ECF No. 46, and the status, but not the substance, of settlement efforts.

**SO ORDERED.**

**Date:  May 8, 2024**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**