**GOLENBOCK EISEMAN ASSOR BELL & PESKOE** LLP

Attorneys at Law  |  711 Third Ave., New York, NY 10017-4014

T (212) 907-7300  |  F (212) 754-0330  |  www.golenbock.com

Gina E. Nicotera, Esq.
Direct Dial No.: (212) 907-7306
Direct Fax No.: (212) 754-0330
Email Address: gnicotera@golenbock.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2024
```

October 22, 2024

*Via ECF*
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Munoz v. The Group US Management LLC et al.*
      **Case No.: 22-CV-04038 (MKV-HJR)**

Dear Judge Vyskocil:

This firm represents Defendants in connection with the above-referenced matter. We write jointly with counsel to Plaintiffs pursuant to Your Honor's Rules of Individual Practice to respectfully request that the Court stay discovery and all interim deadlines, including the deadline for Defendants to answer or otherwise respond to Plaintiffs' Second Amended Complaint, which is currently due on October 23, 2024, and the Post-Discovery Conference, currently scheduled for December 3, 2024 (Dkt. No. 72).

The reason for this request is that the parties intend to mediate this matter on a class-wide basis, and are currently engaged in scheduling a private mediation with Theo Cheng, Esq. The parties request leave to update the Court by October 28, 2024 with the mediation date.

This is the parties' first request to stay discovery. Thank you for your attention to this matter.

Respectfully submitted,

Gina E. Nicotera

Cc:   All counsel of record via ECF

---

Parties' motion to stay discovery and all interim deadlines is **DENIED**. The deadline for Defendants to answer or to otherwise respond to Plaintiffs' Second Amended Complaint is **EXTENDED** to December 4, 2024. The Post-Discovery Conference currently scheduled for December 3, 3024 is **ADJOURNED** to January 7, 2025 at 2:30 PM. The parties are directed to file a joint letter by November 22, 2024 advising the Court of the status, but not the substance, of mediation. **SO ORDERED**.

Date: 10/23/2024
New York, New York

Mary Kay Vyskocil
United States District Judge