USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSVALDO MUNOZ, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,

Plaintiff,

-against-

THE GROUP US MANAGEMENT LLC
   d/b/a THE GROUP NYC,
LA GRANDE BOUCHERIE LLC
   d/b/a LA GRANDE BOUCHERIE
   d/b/a KAISEKI ROOM,
OLIO RESTAURANTS LLC
   d/b/a OLIO E PIU,
and EMIL STEFKOV,

Defendants.

1:22-cv-04038 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' joint request for an extension of the discovery deadline. [ECF Nos. 94, 95]. To facilitate resolution of the pending discovery disputes before Magistrate Judge Ricardo, IT IS HEREBY ORDERED that all discovery must be completed by February 3, 2025. In accordance, with the Individual Rules of Practice of this Court, any requests for further extensions, must be made at least 72 hours prior to the deadline.

**The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

**SO ORDERED.**

**Date: December 18, 2024**
      **New York, NY**

                                    **MARY KAY VYSKOCIL**
                                    **United States District Judge**