```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSVALDO MUNOZ, ET AL.,

                Plaintiffs,

     -v-

THE GROUP US MANAGEMENT LLC, ET AL.,

                Defendants.

**ORDER**

22-CV-4038 (MKV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

     On November 26, 2024, Plaintiff filed a letter motion to compel Defendants to produce outstanding discovery. ECF No. 94. Defendants filed a letter response on November 27, 2024. ECF No. 95. By amended order of reference dated December 5, 2024, this case was referred to me for all discovery disputes. ECF No. 97.

     A conference is scheduled on **January 9, 2025 at 3:00 p.m.** by telephone. The parties should contact Chambers using the Court's conference line, +646-453-4442 (Conference ID: 619 836 774#).

**SO ORDERED.**

Dated: December 19, 2024
       New York, New York

                                                      _____
                                                      Henry J. Ricardo
                                                      United States Magistrate Judge