UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSVALDO MUNOZ, ET AL.,

            Plaintiffs,

    -v-

THE GROUP US MANAGEMENT LLC, ET AL.,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/14/2025__

**ORDER**

22-CV-4038 (MKV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On November 26, 2024, Plaintiffs filed a Letter Motion seeking to compel certain class sampling data, an ESI hit report, and the ESI production. ECF No. 94. Defendants filed their response on November 27, 2024. ECF No. 95. For the reasons discussed during today's telephone conference, Plaintiff's Letter Motion, ECF No. 94 is GRANTED IN PART.

Defendants are directed to:

(1) Produce sample time records, wage notice forms, and tip credit forms for the restaurants added in the Second Amended Complaint, ECF No. 80, by **January 24, 2025**;

(2) Produce the ESI hit report of the six search terms[1] for Emil Stefkov by **January 22, 2025**; and

---

[1] Plaintiffs' six search terms are: OT, Overtime*, Tip*, Pool, Off the clock, Pay stub.

(3) Produce, from the documents that hit on the six search terms, ESI reflecting or evidencing both Defendants' wage and labor policies and Defendant's actual wage and labor practices by **January 31, 2025**. To the extent documents are excluded from the production on irrelevance or privilege grounds, Defendants are directed to produce a privilege log and a document identifying categories of documents deemed irrelevant.

**SO ORDERED.**

Dated: January 14, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge