UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OSVALDO MUNOZ and CRISTOBAL RAMIREZ, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

        Plaintiffs,

v.

THE GROUP US MANAGEMENT LLC, *et al*,

        Defendants.

---

Case No.: 1:22-cv-04038

**[PROPOSED]**
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("FRCP"), Defendants in the above-captioned action hereby make an offer of judgment to Plaintiffs to resolve all of their individual FLSA claims in the above-captioned action, in the amount of Five Thousand Dollars and Zero Cents ($5,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 29, 2025 and filed as Exhibit A to Docket Number 127;

**WHEREAS**, on April 30, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 127);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs OSVALDO MUNOZ and CRISTOBAL RAMIREZ, in the sum of $5,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 29, 2025 and filed as Exhibit A to Docket Number 127. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2025        _____
       New York, New York                                         U.S.D.J.