UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/1/2025_____
```

---

OSVALDO MUNOZ and CRISTOBAL RAMIREZ, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

          Plaintiffs,

v.

THE GROUP US MANAGEMENT LLC, *et al*,

          Defendants.

---

Case No.: 1:22-cv-04038

**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("FRCP"), Defendants in the above-captioned action hereby make an offer of judgment to Plaintiffs to resolve all of their individual FLSA claims in the above-captioned action, in the amount of Five Thousand Dollars and Zero Cents ($5,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 29, 2025 and filed as Exhibit A to Docket Number 127;

    **WHEREAS**, on April 30, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 127);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs OSVALDO MUNOZ and CRISTOBAL RAMIREZ, in the sum of $5,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 29, 2025 and filed as Exhibit A to Docket Number 127. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: May 1, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge